[Cite as *O'Neill v. Univ. of Akron*, 2009-Ohio-7025.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us


DANIEL O'NEILL

     Plaintiff

     v.

THE UNIVERSITY OF AKRON

     Defendant

      Case No. 2006-06795

Judge Joseph T. Clark
Magistrate Anderson M. Renick

<u>JUDGMENT ENTRY</u>


{¶ 1} On September 30, 2009, the magistrate issued a decision recommending judgment for defendant.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 3} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

Case No. 2006-06795            - 2 -           JUDGMENT ENTRY

_____
JOSEPH T. CLARK
Judge

cc:

Anne B. Strait                    James A. Vitullo
Daniel R. Forsythe              5232 Nashua Drive
Assistant Attorneys General    Austintown, Ohio 44515-5122
150 East Gay Street, 18th Floor
Columbus, Ohio 43215-3130

AMR/cmd
Filed November 19, 2009
To S.C. reporter December 29, 2009